# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MARK W. BROPHY and SUSAN A. BROPHY,<br>*Plaintiff*<br>v.<br>JPMORGAN CHASE BANK, N.A. and NORTHWEST TRUSTEE SERVICES, INC.,<br>*Defendant* | Civil Action No. 2:14-CV-0411-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant Northwest Trustee Services, Inc.'s Motion for Summary Judgment (ECF No. 44) is GRANTED. Defendant JPMorgan Chase Bank NA's Motion for Summary Judgment (ECF No. 29) is GRANTED. Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a motions for summary judgment.
  Orders at ECF Nos. 43 and 49.

Date: October 28, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen